IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRINA AFIFI,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>AAPT CONSTRUCTION, et al.,<br><br>　　　Defendants. | Case No. 25-cv-06972-CRB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION; DISMISSING CASE** |

　　　Plaintiff Sabrina Afifi, proceeding pro se, brought this action on August 18, 2025, against AAPT Construction and Stanley Chiang. Compl. (dkt. 1).

　　　Pursuant to 28 U.S.C. § 1915, Magistrate Judge Kandis Westmore screened the complaint and issued a report and recommendation to dismiss based on a lack of subject matter jurisdiction. R&R (dkt. 7). The time for Afifi to object to Judge Beeler's Report and Recommendation has elapsed, and Afifi has not objected. See 28 U.S.C. § 636(b) (a party has 14 days to object to a magistrate judge's report and recommendation).

　　　The Court finds that Judge Westmore's recommendation is sound. Afifi asserts the Court has diversity jurisdiction under 28 U.S.C. § 1332. See Compl. at 2. Afifi alleges that she is a California citizen and the events at issue took place in Oakland, CA. Id. at 3–4. She does not allege that either defendant is from out-of-state but notes in the proposed summons that both defendants are located in San Francisco, CA. Dkt. 3. Judge Westmore also took judicial notice of AAPT Construction's Statement of Interest, which shows the company is incorporated in California and located in San Francisco. R&R at 3. This alone

is sufficient to defeat diversity and warrants dismissal.[1]

The Court suggests that Afifi contact the Federal Pro Bono Project's Help Desk ((415) 782-8982) for free assistance in determining if there are viable claims and how to plead them. The Help Desk does not provide legal representation.

For the foregoing reasons, the Court **ADOPTS** Judge Westmore's Report and Recommendation and **DISMISSES** the action without prejudice.

**IT IS SO ORDERED.**

Dated: October 9, 2025

CHARLES R. BREYER
United States District Judge

---

[1] The Court seconds Judge Westmore's skepticism that Afifi's allegations are enough to give rise to damages above $75,000. R&R at 3. But that inquiry is irrelevant given the lack of diversity of citizenship.

2